ROBERT M. DRASKOVICH, ESQ.
Nevada Bar No. 6275
DRASKOVICH HORVATH LLC
400 S. 4th Street, Suite  600
Las Vegas, Nevada 89101
702.474.4222
robert@draskovich.com
Attorney for Defendant

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO: 2:25-mj-00861-DJA |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ***STIPULATION TO CONTINUE*** |
| | ) | ***EXTRADITION HEARING*** |
| SEDINA TAMAKLOE ATTIONU, | ) | (First Request) |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY STIPULATED AND AGREED by and between Todd Blanche, Deputy Attorney General, JESSICA OLIVA, Assistant United States Attorney  and ROBERT M. DRASKOVICH, counsel for Defendant SEDINA TAMAKLOE ATTIONU, that the extradition hearing currently scheduled for January 21, 2026 at the hour of 4:00p.m., be vacated and continued for forty-five (45) days or to a date and time convenient to the Court.

This Stipulation is entered into for the following reasons:

1. Counsel was recently retained in the instant case.

2. Counsel requires additional time to prepare for the extradition hearing.

3. Counsel has spoken with the government who does not oppose a continuance.

4. The Defendant is in custody, however a continuance is in the Defendant's best interest.

This is the first request to continue filed herein.

1

DATED this 16th day of January, 2026.

TODD BLANCHE
Deputy Attorney General

Robert M. Draskovich                     Jessica Oliva
/s/_____             /s/_____
ROBERT M. DRASKOVICH, ESQ.               JESSICA OLIVA
Nevada Bar No. 6275                      Assistant United States Attorney
Attorney for Defendant                   Attorney for United States of America

ROBERT M. DRASKOVICH, ESQ.
Nevada Bar No. 6275
DRASKOVICH HORVATH LLC
400 S. 4th Street, Suite 600
Las Vegas, Nevada 89101
702.474.4222
robert@draskovich.com
Attorney for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO: 2:25-mj-00861-DJA |
| Plaintiff, | ) | |
| vs. | ) | |
| SEDINA TAMAKLOE ATTIONU, | ) | |
| Defendant. | ) | |

**ORDER**

IT IS HEREBY ORDERED that the extradition hearing currently scheduled for January 21, 2026 at the hour of 4:00 p.m. be vacated and continued to **March 24, 2026, at 10:00 a.m. in courtroom 3A.**

DATED AND DONE this 16th day of January, 2026.

_____
UNITED STATES MAGISTRATE DISTRICT JUDGE