ROBERT M. DRASKOVICH, ESQ.
Nevada Bar No. 6275
DRASKOVICH HORVATH LLC
400 S. 4th Street, Suite 600
Las Vegas, Nevada 89101
702.474.4222
robert@draskovich.com
Attorney for Defendant

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO: 2:25-mj-00861-DJA |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ***STIPULATION TO CONTINUE*** |
| | ) | ***EXTRADITION HEARING*** |
| SEDINA TAMAKLOE ATTIONU, | ) | (Second Request) |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY STIPULATED AND AGREED by and between Todd Blanche, Deputy Attorney General, JESSICA OLIVA, Assistant United States Attorney and ROBERT M. DRASKOVICH, counsel for Defendant SEDINA TAMAKLOE ATTIONU, that the extradition hearing currently scheduled for March 24, 2026 at the hour of 10:00a.m., be vacated and continued to either April 1, 2026, April 2, 2026 or April 8, 2026 or to a date and time convenient to the Court.

This Stipulation is entered into for the following reasons:

1. Counsel recently obtained additional information and requires additional time to prepare for the extradition hearing.

2. Counsel has spoken with the government who does not oppose a continuance.

/ / /

1

3.  The Defendant is in custody and agrees to the request for a continuance.

This is the second request to continue filed herein.

DATED this 12th day of March, 2026.

TODD BLANCHE
Deputy Attorney General

Robert M. Draskovich                    Jessica Oliva

/s/_____    /s/_____
ROBERT M. DRASKOVICH, ESQ.            JESSICA OLIVA
Nevada Bar No. 6275                  Assistant United States Attorney
Attorney for Defendant               Attorney for United States of America

ROBERT M. DRASKOVICH, ESQ.
Nevada Bar No. 6275
DRASKOVICH HORVATH LLC
400 S. 4th Street, Suite 600
Las Vegas, Nevada 89101
702.474.4222
robert@draskovich.com
Attorney for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA,      )  CASE NO: 2:25-mj-00861-DJA
                                  )
          Plaintiff,       )
                                  )
vs.                             )
                                  )
                                  )
SEDINA TAMAKLOE ATTIONU,    )
                                  )
         Defendant.     )
_____  )

**<u>ORDER</u>**

IT IS HEREBY ORDERED that the extradition hearing currently scheduled for March 24, 2026 at the hour of 10:00 a.m. be vacated and continued to April 2, 2026, at 2:00 p.m. in the Las Vegas Courtroom 3A.

DATED AND DONE this 12th day of March, 2026.

_____
DANIEL J. ALBREGTS,
U.S. MAGISTRATE JUDGE

3